1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   CHERYL A. GRAMES
3  Nevada Bar No. 12752
   Cheryl.Grames@lewisbrisbois.com
4  BENJAMIN J. DOYLE
   Nevada Bar No. 15210
5  Benjamin.Doyle@lewisbrisbois.com
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  702.893.3383
   FAX: 702.893.3789
8  *Attorneys for Defendants State Farm Mutual*
   *Automobile Insurance Company, Tyce Gummow,*
9  *Katie King, and David Fletcher*

10
                    **UNITED STATES DISTRICT COURT**
11
                    **DISTRICT OF NEVADA, SOUTHERN DIVISION**
12
                                   ***
13
   LAURA HIGGINS,                        | CASE NO.: 2:22-cv-00556-JCM-DJA
14
            Plaintiff,                   | **STIPULATION AND ORDER TO**
15                                       | **DISMISS PLAINTIFF'S COMPLAINT**
        vs.                              | **AGAINST DEFENDANTS TYCE**
16                                       | **GUMMOW, KATIE KING, AND DAVID**
   STATE FARM MUTUAL AUTOMOBILE          | **FLETCHER ONLY, WITH PREJUDICE**
17 INSURANCE COMPANY, a foreign
   corporation; TYCE GUMMOW, an
18 individual; KATIE KING, an individual;
   DAVID FLETCHER, an individual; DOE
19 STATE FARM EMPLOYEE, an individual;
   DOE INDIVIDUALS I-X, inclusive; and ROE
20 CORPORATIONS I-X, inclusive,

21          Defendants.

22

23      IT IS HEREBY STIPULATED AND AGREED between Defendants STATE FARM

24 MUTUAL AUTOMOBILE INSURANCE COMPANY, TYCE GUMMOW, KATIE KING, and

25 DAVID FLETCHER and Plaintiff LAURA HIGGINS, through their respective counsel of record,

26 that all of Plaintiff's claims and causes of action against Defendants GUMMOW, KING, and

27 FLETCHER in the above-captioned matter shall be dismissed with prejudice, each party to bear

28 / / /

4872-9594-1149.1

their own attorneys' fees and costs incurred.

DATED this 28th day of April 2022.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Cheryl A. Grames*
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
BENJAMIN J. DOYLE
Nevada Bar No. 15210
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants State Farm Mutual Automobile Insurance Company, Tyce Gummow, Katie King, and David Fletcher*

DATED this 28th day of April 2022.

RICHARD HARRIS LAW FIRM

*/s/ Jonathan B. Lee*
JONATHAN B. LEE
Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, Nevada 89101 *Attorneys for Plaintiff Laura Higgins*

## **ORDER**

IT IS SO ORDERED.

DATED May 2, 2022.

_____
UNITED STATES DISTRICT JUDGE

4872-9594-1149.1                                   2