1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   JEFFREY D. OLSTER
3  Nevada Bar No. 8864
   Jeff.Olster@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Tel: 702.893.3383
6  Fax: 702.893.3789
   *Attorneys for Defendant*
7  STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| LAURA HIGGINS, | Case No. 2:22-cv-00556-JCM-DJA |
| Plaintiff, | **DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF APPEARANCE AND MOTION TO REMOVE COUNSEL** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; TYCE GUMMOW, an individual; KATIE KING, an individual; DAVID FLETCHER, an individual; DOE STATE FARM EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Jeffrey D. Olster of the law firm Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance as counsel of record for defendant State Farm Mutual Automobile Insurance Company ("State Farm") and requests that he be added to the docket as counsel for State Farm (with Robert W. Freeman). State Farm also requests leave of the Court to remove Cheryl A. Grames, formerly of Lewis Brisbois Bisgaard & Smith LLP, as counsel of record for State Farm, as she is no longer associated with the firm. For this reason, it is requested that the Clerk of Court remove Cheryl A.

91151293.1

Grames' name from CM/ECF as counsel for State Farm so that she no longer receives electronic service of materials filed in this case.

DATED this 3rd day of March, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____/s/ Jeffrey D. Olster_____
Robert W. Freeman
Nevada Bar No. 3062
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

**IT IS SO ORDERED**.

DATED: March 7, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of March, 2023, I served a true and correct copy of the foregoing **DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF APPEARANCE AND MOTION TO REMOVE COUNSEL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

JONATHAN B. LEE, ESQ.
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: 702-444-4444
jlee@richardharrislaw.com
*Attorney for Plaintiff*

By  /s/ *Susan Awe*
An Employee of LEWIS BRISBOIS BISGAARD & SMITH

91151293.1

3