ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JEFFREY D. OLSTER
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA HIGGINS,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; TYCE GUMMOW, an individual; KATIE KING, an individual; DAVID FLETCHER, an individual; DOE STATE FARM EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>      Defendants. | Case No. 2:22-cv-00556-JCM-DJA<br><br>**MOTION TO REMOVE COUNSEL** |

91731532.1        Case No. 2:22-cv-00556-JCM-DJA

Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), through its counsel, Lewis Brisbois Bisgaard & Smith LLP, requests that the Court remove Benjamin John Doyle as counsel of record for State Farm, as he is no longer associated with the firm. It is therefore requested that the Clerk of Court remove Mr. Doyle's name from CM/ECF as counsel for State Farm so that he no longer receives electronic service of materials filed in this case.

DATED this 15th day of March, 2023.

                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                          By    /s/ *Jeffrey D. Olster*
                                          Robert W. Freeman
                                          Nevada Bar No. 3062
                                          Jeffrey D. Olster
                                          Nevada Bar No. 8864
                                          6385 S. Rainbow Boulevard, Suite 600
                                          Las Vegas, Nevada 89118
                                          Attorneys for Defendant
                                          *STATE FARM MUTUAL AUTOMOBILE*
                                          *INSURANCE COMPANY*

**IT IS SO ORDERED.**

DATED: March 16, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of March, 2023, I served a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Jonathan B. Lee, Esq.
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: 702-444-4444
jlee@richardharrislaw.com
*Attorney for Plaintiff*

By  /s/ *Susan Awe*
An Employee of LEWIS BRISBOIS BISGAARD & SMITH

