Robert W. Freeman
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| LAURA HIGGINS, | Case No. 2:22-cv-00556-JCM-DJA |
| Plaintiff, | **STIPULATION TO MODIFY AND EXTEND JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; TYCE GUMMOW, an individual; KATIE KING, an individual; DAVID FLETCHER, an individual; DOE STATE FARM EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | **(FOURTH REQUEST)** |
| Defendants. | |

Pursuant to LR IA 6-1, LR 7-1 and LR 26-3, the parties, through their respective counsel, stipulate to modify and extend the discovery cutoff date and other case deadlines (currently set forth in ECF No. 23) to facilitate participation in a formal mediation. Good cause for this stipulation exists based on the following:

### A.    Discovery completed

The parties conducted their initial conference pursuant to Fed. R. Civ. P. 26(f) on April 25, 2022.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

95137445.1

Plaintiff served written discovery on April 27, 2022. Defendant served written discovery on May 23, 2022. Also in May 2022, the parties served their initial disclosures pursuant to Fed. R. Civ. P. 26 (Defendant on May 5, 2022, and Plaintiff on May 9, 2022). The parties served their written discovery responses on July 1, 2022.

Plaintiff served her first supplemental disclosures pursuant to Fed. R. Civ. P. 26 on August 30, 2022. This disclosure contained additional medical records.

Defendant deposed Plaintiff on December 1, 2022. Defendant has continued to obtain Plaintiff's medical records pursuant to authorizations from late 2022 to the present.

Defendant served its first supplemental disclosures pursuant to Fed. R. Civ. P. 26 on January 9, 2023. This disclosure included voluminous medical records (approximately 900 pages).

Plaintiff served her second supplemental disclosures pursuant to Fed. R. Civ. P. 26 and her initial expert witness disclosures on January 17, 2023. Plaintiff has disclosed an insurance claim handling expert witness (Daniel Fink, CIC, CRM, CPCU, CRIS, AAI) and a medical expert witness (Jason Garber, M.D.).

Defendant served its initial expert witness disclosures on February 8, 2023. Defendant has disclosed a medical expert witness (Andrew Cash, M.D.) and an accident reconstruction/biomechanical expert witness (Keith Stolworthy, Ph.D., P.E.).

Defendant served its fourth supplemental disclosure on March 29, 2023. This supplement included provisions from Defendant's claim handling manuals (approximately 9,500 pages).

Defendant served its rebuttal expert witness disclosures on April 7, 2023. This disclosure included rebuttal reports by Dr. Cash and Dr. Stolworthy, as well as a rebuttal insurance claim handling expert, Edward J. McKinnon, RPA.

Defendant served its fifth supplemental disclosure on April 27, 2023. This supplement included additional provisions from Defendant's claim handling manuals (approximately 1,600 additional pages).

**B.     Discovery that remains to be completed**

Written discovery has been completed.



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

The following depositions remain to be taken:

    1.     Defendant's witness pursuant to Fed. R. Civ. P. 30(b)(6)

    2.     Jason Garber, M.D. (Plaintiff's medical expert witness)

    3.     Daniel Fink (Plaintiff's claim handling expert witness)

The parties may depose additional witnesses, including but not limited to treating physicians and expert witnesses.

**C.    Reasons why remaining discovery was not completed**

The parties have diligently engaged in written discovery. Pursuant to meet and confer efforts, Defendant has produced additional documents pursuant to a confidentiality stipulation and protective order in advance of Plaintiff's deposition of Defendant's corporate representative(s) pursuant to Fed. R. Civ. P. 30(b)(6). The parties have now agreed to participate in a formal mediation on or about July 14, 2023. Accordingly, the parties seek additional time to facilitate this mediation and postpone the depositions until after the mediation.

**D.    Proposed schedule for completing remaining discovery**

The parties have agreed to extend the operative discovery cutoff, dispositive motion and joint pretrial order deadlines by approximately ninety (90) days as follows:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | May 29, 2023 (ECF No. 23) | August 29, 2023 |
| Deadline to Amend Pleadings or Add Parties | December 27, 2022 (ECF No. 18) | None |
| Expert Disclosure pursuant to Fed. R. Civ. P 26(a)(2) | January 25, 2023 (ECF No. 18) | None |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | April 7, 2023 (ECF No. 23) | None |
| Dispositive Motions | June 28, 2023 (ECF No. 23) | September 28, 2023 |
| Joint Pretrial Order | July 28, 2023 (ECF No. 23) | October 27, 2023 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

95137445.1        3

This fourth request for an extension of time is not sought for delay or any other improper purpose. The parties respectfully submit that the reasons, facts and circumstances set forth above, and primarily the parties' mediation scheduled for July 14, 2023, constitute good cause for the extension. This extension will not prejudice any of the parties, and no trial date has been scheduled.

DATED this 18th day of May, 2023

LEWIS BRISBOIS BISGAARD & SMITH


/s/ *Jeffrey D. Olster*
Robert W. Freeman
Nevada Bar No. 3062
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

DATED this 18th day of May, 2023

RICHARD HARRIS LAW FIRM


/s/ *Jonathan B. Lee*
Jonathan B. Lee
Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*LAURA HIGGINS*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 19, 2023 _____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

95137445.1

4