Robert W. Freeman
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| LAURA HIGGINS,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; TYCE GUMMOW, an individual; KATIE KING, an individual; DAVID FLETCHER, an individual; DOE STATE FARM EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-00556-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

127965072.1

Pursuant to LR 7-1, the parties, through their respective counsel, stipulate that this action shall be dismissed in its entirety with prejudice, with each party to bear her/its own attorneys' fees and costs.

DATED this 21st day of August, 2023

LEWIS BRISBOIS BISGAARD & SMITH

/s/ *Jeffrey D. Olster*
Robert W. Freeman
Nevada Bar No. 3062
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

DATED this 21st day of August, 2023

RICHARD HARRIS LAW FIRM

/s/ *Jonathan B. Lee*
Jonathan B. Lee
Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*LAURA HIGGINS*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 22, 2023

127965072.1                                2